IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.198.63.210

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/22/2019 07:03:11 | CE95CDF89EE9FE9BE95C6915A4EC51A599FC65A9 | Hot Fucking with Sexy Sybil and Jake |
| 01/20/2019 00:30:27 | C78692725E360537BCEBBA49789076697AB563D5 | Never Have I Ever Had A Threesome Like This |
| 01/14/2019 16:07:14 | 82891A385FF32F3569856CE193914F0E3C4925D1 | Teach Me About Sex |
| 01/14/2019 16:04:26 | 7E257EBFF8E251B8C7D5B64CE6A7218C3EEF66D8 | Sex And Fashion A Threeway Project |
| 07/02/2018 16:42:49 | 99168B20226BDD6884C961109D642BFFDF06ACB9 | Honeymoon Sex |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

STX254